

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2025

No. 04-25-00301-CV

**IN RE ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY**

Original Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
                Adrian A. Spears II, Justice
                Velia J. Meza, Justice

On May 12, 2025, relator filed this petition for writ of mandamus requesting that this court vacate respondent's order granting the real party in interest's verified motion to set aside default judgment because said verified motion was purportedly superseded and replaced pursuant to Rule 65 of the Texas Rules of Civil Procedure. We invited responses from the real party in interest and respondent. The real party in interest filed their response and the relator has replied. Having reviewed the arguments of the parties, the record, and the law, this court has determined that relator has not established its entitlement to the relief sought. The petition for writ of mandamus is **DENIED**.

It is so **ORDERED** on October 8, 2025.

_____
Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2024CI23610, styled *Allstate Vehicle and Property Insurance Company v. Montelongo Group, LLC, d/b/a Bison Roofing and Construction Co.*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Monique Diaz presiding.